IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,

    Plaintiff,

v.

GLENN W. KINDT, M.D., and
UNITED STATES OF AMERICA,

    Defendants.

_____

ORDER ON PLAINTIFF'S MOTION FOR DISCOVERY RULING
_____

Upon review of the plaintiff's Motion for Discovery Ruling Prior to Further Depositions [17] filed April 9, 2013, and the response, filed by the government on May 3, 2013, it is

ORDERED that the Court is in agreement with the government's response.

Dated:   May 23rd, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge