IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,

    Plaintiff,

v.

GLENN W. KINDT, M.D., and
UNITED STATES OF AMERICA,

    Defendants.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT
_____

    On June 17, 2013, the plaintiff filed a motion to amend complaint to add allegations of negligence in the credentialing and granting privileges for the surgeon, Dr. Kindt, who performed the surgery which is the basis for this civil action.  The defendant, United States of America, filed a response objecting that the amendment would constitute a claim for which there was no prior notice as required by the FTCA.  It is apparent that counsel for the plaintiff had no information about the competence of Dr. Kindt at the time of the filing of the administrative claim and first obtained that information through the discovery process in this civil action.  The amendment does not present a new claim and is based on information known to the VA hospital and is well within the scope of the claim that the surgery was performed negligently causing damage to the plaintiff.  Accordingly, it is

    ORDERED that the motion to amend is granted and the First Amended Complaint attached thereto is accepted for filing.

Dated: July 11th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge