**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:12-cv-02259-RPM

LEONARD LOPEZ,

    Plaintiff,

vs.

GLENN W. KINDT, M.D., and
UNITED STATES OF AMERICA,

    Defendants.

---

**ORDER RE: STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT GLENN W. KINDT, M.D., WITH PREJUDICE**

---

This matter is before the Court pursuant to the Stipulation for Dismissal of All Claims Against Defendant Glenn W. Kindt, M.D., With Prejudice, and being fully advised in the matter the Court enters the following Order:

IT IS ORDERED that all claims against Defendant Glenn W. Kindt, M.D., are hereby dismissed, with prejudice, with the parties to pay their own respective costs, expenses and attorney fees in connection with this matter.  This Stipulation does not impact or change any remaining claim against any named Defendant other than Dr. Kindt.

Dated:   August 12th, 2013.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge