**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                           February 19, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,                                                          Natalie A. Brown
                                                                                              DezaRae LaCrue
           Plaintiff,

v.

UNITED STATES OF AMERICA,                                         Mark S. Pestal

           Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Compel**

**10:58 a.m.          Court in session.**

Court's preliminary remarks.

Argument by Ms. LaCrue
Argument by Mr. Pestal.
Rebuttal argument by Ms. LaCrue.
Further argument by Mr. Pestal.

**ORDERED:      Plaintiff's permitted to take depositions of nurses on what they observed and
                            reported.
                            Defendant shall provide applicable "Minutes" as described on record.
                            Plaintiff's Motion to Compel [34], is granted in part and denied in part as stated on
                            record.**

**11:36 a.m.          Court in recess.**

Hearing concluded.  Total time: 38  min.