**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                              August 28, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 12-cv-02259-RPM

| | |
|---|---|
| LEONARD E. LOPEZ, | Natalie A. Brown |
| | Jim Leventhal |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Mark S. Pestal |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**10:28 a.m.**        **Court in session.**

Discussion regarding case issues (who removed tissue and anatomical anomaly/defense).

Discussion regarding plaintiff's motion to amend.

**ORDERED:**    Second Unopposed Motion to Amend Complaint [41], is granted.
                          Second Amended Complaint [41-4] is filed as of today.

Counsel confirm **Glenn W. Kindt, M.D. is not a defendant in the Second Amended Complaint**. Counsel agree that an answer to Second Amended Complaint not necessary and waived pursuant to representations stated on record.

Discussion regarding witnesses.
Counsel anticipate all physicians to testify in person at trial.
Counsel agree to add Kirsten Palmquist (process server re Dr. Kent) as a may call witness.

Court instructs counsel to prepare a glossary of medical terms for trial.

**ORDERED:**    Bench trial set December 15, 2014.
                          Pretrial Order signed.

**10:40 a.m.**        **Court in recess.**

Hearing concluded.  Total time: 12 min.