**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 14, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,                                       Natalie A. Brown
                                                        DezaRae D. LaCrue
            Plaintiff,

v.

UNITED STATES OF AMERICA,                               Mark S. Pestal

            Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Preservation Deposition**

**11:00 a.m.       Court in session.**

Court's preliminary remarks.

Discussion regarding scheduling.
Counsel state they have no objections to taking the testimony Dr. Barolat out of sequece.

**ORDERED:    Counsel to confer and then inform the Court whether Dr. Barolat is available to
             testify in court December 22, 2014 or other available date.
             Plaintiff's Motion for Preservation Deposition of Giamcarlo Barolat, M.D. [47],
             is moot.**

**11:05 a.m.       Court in recess.**

Hearing concluded.  Total time: 05 min.