IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

_____

ORDER SETTING EVIDENTIARY HEARING
_____

Pursuant to telephone notification by counsel regarding the availability of the parties' trial witness, it is

ORDERED that the trial testimony of Dr. Barolat is scheduled for **January 9th, 2015 at 9:00 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated:   October 21st, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge