# MEDICAL BILL SUMMARY
Leonard Lopez - 6087

| PROVIDER | DATE OF SERVICE | TREATMENT/CARE | BILLED |
|---|---|---|---|
| **Aurora-Denver Cardiology Associates, P.C.** | 10/3/2012 | Electrocardiogram | $ 29.00 |
| **Giancarlo Barolat, M.D.** | 7/12/2012 | Office Consultation | $ 562.00 |
| | 10/3/2012 | Office Visit | $ 273.00 |
| | 10/9/2012 | Implant Neuroelectrodes | $ 2,048.00 |
| | 10/9/2012 | Analyze Neurostim, Complex | $ 573.00 |
| | 10/9/2012 | Implant Neuroelectrodes | $ 512.00 |
| | 10/16/2012 | Implant Neuroreceiver | $ 1,323.00 |
| | 10/16/2012 | Revise/Remove Neuroelectrode | $ 1,192.00 |
| | 10/16/2012 | Analyze Neurostim, Complex | $ 573.00 |
| | 10/16/2012 | Implant Neuroreceiver | $ 330.75 |
| | 10/16/2012 | Revise/Remove Neuroelectrode | $ 298.00 |
| | 10/25/2012 | Analyze Neurostim, Complex | $ 573.00 |
| | 1/16/2013 | Office Visit | $ 137.00 |
| | 1/16/2013 | Analyze Neurostimulator | $ 573.00 |
| | 4/24/2013 | Analyze Neurostim, Complex | $ 776.00 |
| **Catholic Health Initiatives** | 4/26/2011 | Office/Outpatient Visit - Rose Wertz, NP | $ 149.00 |
| **Diversified Radiology** | 10/9/2012 | Radiologic Examination | $ 22.00 |
| **Divakara Kedlaya, M.D.** | 1/16/2012 | Office Visit | $ 149.00 |
| | 2/13/2012 | Office Visit | $ 149.00 |
| | 3/23/2013 | Office Visit | $ 149.00 |
| | 04/202012 | Office Visit | $ 149.00 |
| | 5/17/2012 | Office Visit | $ 149.00 |
| **Greater Colorado Anesthesia** | 10/9/2012 | Anesthsia - James Waring, DO | $ 2,100.00 |

Plaintiff's Trial Exhibit 3
Civil Action No. 12-CV-02259-RPM

EXHIBIT
tabbies

| | | | | |
|---|---|---|---|---|
| **Bradley Patterson, Ph.D.** | 9/11/2012 | Neuropsychological Testing by Ph.D. | $ | 600.00 |
| | 9/11/2012 | Neurpsychological Testing by Technician | $ | 400.00 |
| **Presbyterian/St. Luke's Medical Center** | 10/3/2012 | Anesthesia | $ | 57,678.67 |
| | 10/9/2012 | Anesthesia | $ | 86,540.84 |
| **University Physicians** | 4/1/2010 | Fluroscopic Guidance - Daniel Rowe, M.D. | $ | 347.45 |
| | 10/21/2010 | Fluroscopic Guidance - Daniel Rowe, M.D. | $ | 347.45 |
| **VA Medical Center** | 3/25/2010 | Clinic | $ | 142.51 |
| | 3/25/2010 | Office/Outpatient Visit | $ | 45.25 |
| | 4/1/2010 | Fluroscopy - Other Procedure | $ | 32.20 |
| | 4/7/2010 | Occupational Therapy | $ | 261.09 |
| | 5/13/2010 | Office/Outpatient Visit | $ | 89.76 |
| | 5/13/2010 | Other DX Services | $ | 545.86 |
| | 5/13/2010 | Diagnostic Imaging | $ | 249.84 |
| | 5/27/2010 | EMG | $ | 2,633.88 |
| | 5/27/2010 | "H" Reflex Test | $ | 828.89 |
| | 8/1/2010 | X-Ray DX | $ | 391.71 |
| | 8/10/2010 | Radiologic Examination | $ | 29.39 |
| | 10/12/2010 | Physical Therapy | $ | 62.01 |
| | 11/9/2010 | Office/Outpatient Visit | $ | 89.76 |
| | 11/9/2010 | Clinic | $ | 142.51 |
| | 4/21/2011 | Clinic | $ | 468.28 |
| | 4/21/2011 | Office/Outpatient Visit | $ | 101.14 |
| | 3/15/2012 | Physical Therapy | $ | 69.23 |
| | 7/12/2013 | Clinic | $ | 149.74 |
| | 7/12/2013 | Office/Outpatient Visit | $ | 111.13 |
| **TOTAL BILLING** | | | $ | 165,118.34 |