Plaintiff's Trial Exhibit 27
Civil Action No. 12-CV-02259-RPM

27-0001

PRELIMINARY LIFE CARE PLAN
LEONARD LOPEZ
April 12, 2013

## MEDICAL CARE

Primary Care Physician
$50 to $75 per visit
1 to 2 additional visits per year to life
    Annual Total: $50 to $150

Stimulator Implant Neurosurgeon
Stimulator reprogramming annually
$573 for programming
$137 for office visit
    Annual Total: $710 to life, plus additional visits as needed

Laboratory Tests
Testosterone Level, TSH and Vitamin D Level
annually while on chronic opioid therapy
    Annual Total: $220 to $520, to life

CBC, Liver Function Tests and Urine Drug Screen
1 to 2 times per year while on chronic opioid therapy
    Annual Total: $142 to $206, to life

EXHIBIT 3

**SURGERY**

Replacement of Implantable Pulse Generator (IPG)
  every 5 to 7 years to life
    Physician: $2,200
    Facility: $94,924 to $145,952
    Anesthesia: $3,150 to $4,200
      Total Cost: $100,274 to $152,352

**MEDICATIONS AND SUPPLIES**

Prescription Medication
  Pregabalin
    Annual Total: $3,880 to $4,910, to life

  Oxycodone
    Annual Total: $370 to $510, to life

  Methadone HCL
    Annual Total: $170 to $225, to life

Over-the-Counter Medication
  Vitamin D
  Docusate Sodium
  Polyethylene Glycol
    Annual Total: $570 to $690, to life

**ASSISTANCE**

$16 to $17 per hour
5 to 10 hours per week, to life
Annual Total: $4,160 to $8,840

**CASE MANAGEMENT SERVICES**

$120 to $125 per hour
4 to 6 hours per year, to life
Annual Total: $480 to $750

**HOME CARE COSTS**

Snow Removal
Yard Work
Annual Total: $1,800 to $2,400, through age 72

27-0003