# LEVENTHAL, BROWN & PUGA, P.C.
## LAWYERS

JIM LEVENTHAL
NATALIE BROWN
ERIN C. GENULLIS
HOLLYND C. HOSKINS
DANIEL A. LIPMAN
BENJAMIN SACHS
ISOBEL S. THOMAS
MOLLY L. GREENBLATT
DEZARAE D. LACRUE
PETER A. McCLENAHAN
DAVID P. MASON
SEAN B. LEVENTHAL

JAMES E. PUGA, Of Counsel
LORRAINE E. PARKER, Of Counsel

950 SOUTH CHERRY STREET
SUITE 600
DENVER, COLORADO 80246
TELEPHONE: (303) 759-9945
TOLL FREE: (877) 433-3906
FACSIMILE: (303) 759-9692
E-mail: office@leventhal-law.com

February 21, 2012

**Via Certified Mail – RRR**

U.S. Department of Health and Human Services
Office of The General Counsel
Cohen Building
330 Independence Ave. SW, Room 4760
Washington, D.C. 20201

HRSA/BPHC Office of Quality and Data
5600 Fishers Lane
Rockville, Maryland 20857

U.S. Attorney for Colorado
John Walsh, Esq.
1225 17th Street, Suite 700
Denver, Colorado 80202

VA Eastern Colorado Health Care System
1055 Clermont St.
Denver, CO 80220

Public Health Service Claims Office
5600 Fishers Lane
Rockville, Maryland 20857

  Re: Leonard E. Lopez

To Whom It May Concern:

  This letter will serve as the SF 95 Notice under the Federal Tort Claims Act filed by Leonard Lopez. Also attached is the SF 95 with Mr. Lopez's signature. Additionally, this law firm is authorized to act as Mr. Lopez's agent related to his claims and claims brought on his behalf as stated herein.

EXHIBIT 4

1. Submit to Appropriate Federal Agency:

    U.S. Department of Health and Human Services
    Office of General Counsel
    Cohen Building
    330 Independence Ave. SW, Room 4760
    Washington, D.C. 20201

2. Name, address of claimant, and claimant's personal representative, if any. Number, Street, City, State and Zip Code.

    Leonard E. Lopez
    2325 Brushville Lane
    Pueblo, CO 81006

    Claimant's attorneys:

    Natalie Brown
    Leventhal, Brown & Puga, P.C.
    950 S. Cherry St., Ste. 600
    Denver, CO 80246
    Telephone: 303-759-9945

3. Type of employment:

    Currently civilian; military at time of initial back injury

4. Date of Birth:

    July 27, 1952

5. Marital Status:

    Married

6. Date/Day of Accident:

    March 5, 2010

7. Time:

    During the lumbar decompression surgery at L5-S1 on March 5, 2010.

8. Basis of Claim:

This is a claim for medical malpractice arising from substandard medical care provided to Leonard Lopez during a surgical procedure on March 5, 2010 at the VA Medical Center. During the left L5-S1 decompression/discectomy procedure, Glenn W. Kindt, M.D., and Samuel Waller, M.D., cut and removed part of a nerve. Dr. Kindt's and Dr. Waller's cutting and removal of this nerve was a breach of the standard of care and caused Mr. Lopez injuries, damages and losses.

As a result of Dr. Kindt's and Dr. Waller's cutting and removal of the nerve from Mr. Lopez's body, he developed permanent injuries including CRPS Type II and exacerbation of his post-traumatic stress disorder.

9. Property Damage:

None.

10. Personal Injury/Wrongful Death:

As a result of the negligence of Dr. Kindt and Dr. Waller, Mr. Lopez has suffered permanent neurological injury, including the development of CRPS Type II, as well as exacerbation of his post-traumatic stress disorder. Mr. Lopez is in severe constant pain that does not respond to medical management.

11. Witnesses:

Eva Lopez
2325 Brushville Lane
Pueblo, CO 81006

Glenn Kindt, M.D.
VA Eastern Colorado Health Care System
1055 Clermont St.
Denver, CO 80220

Samuel Waller, M.D.
VA Eastern Colorado Health Care System
1055 Clermont St.
Denver, CO 80220

Beth Schatzman, CRNA
VA Eastern Colorado Health Care System
1055 Clermont St.
Denver, CO 80220

       Justin T. Newman, M.D.
       VA Eastern Colorado Health Care System
       1055 Clermont St.
       Denver, CO 80220

       Rebecca K. Warner, R.N.
       VA Eastern Colorado Health Care System
       1055 Clermont St.
       Denver, CO 80220

       Unknown physicians, nurses or other medical personnel
       VA Eastern Colorado Health Care System
       1055 Clermont St.
       Denver, CO 80220

12.    Amount of Claim:

       $10 million for personal injury, including past and future medical expenses, past and future lost wages and earning capacity, loss of home services, life care expenses and noneconomic damages, including physical and emotional pain and suffering, loss of enjoyment of life, permanent disfigurement and impairment and inconvenience.

                           Very truly yours,

                     LEVENTHAL, BROWN & PUGA, P.C.

                           Natalie Brown

NB/pln

Enclosure

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
|  |  |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] |  | 2/21/12 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15.** Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No   **17.** If deductible, state amount.

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

**19.** Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.