```
------------------------------------------------------------
                        OPERATION REPORT
------------------------------------------------------------
 LOCAL TITLE: OPERATION REPORT
 STANDARD TITLE: OPERATIVE REPORT
    DICT DATE: MAR 05, 2010          ENTRY DATE: MAR 05, 2010@12:29:47
    SURGEON: KINDT,GLENN W           ATTENDING: KINDT,GLENN W
    URGENCY: routine                 STATUS: COMPLETED
    SUBJECT: Case #: 97169
```

JOB#:   1271158

PATIENT NAME:   LOPEZ,LEONARD

DATE OF PROCEDURE:   03/04/2010

ATTENDING SURGEON: Glenn W Kindt, MD

SURGEONS:   Glenn W Kindt, MD; Resident Samuel Waller, MD,

ASSISTANT(S):

PREOPERATIVE DIAGNOSIS(ES): Herniated disk and spurring in the region of L5-S1 toward the left.

POSTOPERATIVE DIAGNOSIS(ES): Herniated disk and spurring in the region of L5-S1 toward the left.

OPERATIVE PROCEDURE NAME: Decompression of lumbosacral nerve root and disk excision at L5-S1.

ANESTHESIA ADMINISTERED: General anesthesia.

INDICATIONS FOR PROCEDURE: This patient was suffering from back and left leg pain that was quite bothersome. MRI scan suggested herniated disk in the region of L5-S1 toward the left, as well as some spurring. It was elected to decompress this and remove some disk.

DESCRIPTION OF PROCEDURE: The patient was given adequate endotracheal general anesthesia and placed on the operating table in the prone position. The lumbosacral region was prepared and draped in a sterile manner. A midline skin incision was made over L5-S1. Verification as to localization was performed with the use of the C-arm. The muscles and fascia were then retracted from the spinous processes and laminae of L5 and S1 on the left, and a self-retaining retractor was inserted. The inferior aspect of the L5 lamina was then removed from the left, as was the superior aspect of the S1 lamina. The ligamentum flavum was removed

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LOPEZ, LEONARD

Plaintiff's Trial Exhibit 1(e)
Civil Action No. 12-CV-02259-RPM

1(e)-0001

VISTA Electronic Medical Documentation

Printed at EASTERN COLORADO HCS

EXHIBIT 5

DVA 00500
Page 498

both posteriorly and laterally.

The nerve roots were found to be located laterally and the L5 and S1 nerve roots appeared to be very close together. The dura was retracted medialward, and the bulging disk material was excised. During this process, a small nerve root was removed. There was no motion or movement which would suggest any motor root involved. No spinal fluid was noted.

After the disk space was cleansed, the we will continue with absorbable sutures. Blood loss was approximately 200 mL. None was given for replacement.

ATTENDING ATTESTATION STATEMENT: I was present for this surgery.

DRAINS: none

COMPLICATIONS: none

ESTIMATED BLOOD LOSS: 100 mL.

D:03/05/2010 12:54CT T:03/05/2010 14:41CT J:1271158 GWK/Blr

/es/ Glenn W. Kindt, MD
Neurosurgeon
Signed: 03/10/2010 08:42

---

NURSE INTRAOPERATIVE REPORT

---

LOCAL TITLE: NURSE INTRAOPERATIVE REPORT
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: MAR 05, 2010@08:10     ENTRY DATE: MAR 05, 2010@12:29:47
      AUTHOR: KNOX,WILLIAM M        EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: Case #: 97169

Operating Room:  OR 1              Surgical Priority: ELECTIVE

Patient in Hold: MAR 05, 2010  07:55   Patient in OR:  MAR 05, 2010  08:10
Operation Begin: MAR 05, 2010  08:58   Operation End:  MAR 05, 2010  12:18
                                        Patient Out OR: MAR 05, 2010  12:24

Major Operations Performed:
Primary: L5-S1 HNP LEFT

Wound Classification: CLEAN
Operation Disposition: PACU (RECOVERY ROOM)
Discharged Via: STRETCHER

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LOPEZ, LEONARD

Printed at EASTERN COLORADO HCS