Department of Veterans Affairs
Veterans Health Administration
Washington, DC 20420

VHA HANDBOOK 1100.19
Transmittal Sheet
November 14, 2008

# CREDENTIALING AND PRIVILEGING

1. **REASON FOR ISSUE.** This revised Veterans Health Administration (VHA) Handbook provides VHA procedures regarding credentialing and privileging.

2. **SUMMARY OF CONTENTS/MAJOR CHANGES.** This revision of VHA Handbook 1100.19 incorporates:

    a. VHA policy on participation and actions related to the National Practitioner Data Bank (NPDB) including participation in the Proactive Disclosure Service and changes concerning second level review by the Veterans Integrated Service Network Chief Medical Officer of the appointment and privileging process.

    b. Clarification of identified issues related to verification and follow-up of State licenses, including a requirement for written verification of licensure in follow-up to other methods of verification, as well as timely follow-up of actions taken by State licensing boards. Specific guidance is provided for those instances where a practitioner enters into an agreement to not practice in a State.

    c. The educational requirement for facility medical staff leaders to complete training in Medical Staff Leadership and Provider Profiling within 3 months of assuming the position.

    d. The Focused Professional Practice Evaluation and ongoing monitoring of privileges, as well as clarifies information on practitioner specific information to be compiled in the provider profile and evaluated as part of the facility's ongoing monitoring of practitioner health care practice, as well as for the reappraisal and privileging process.

    e. Sample letters for the Summary Suspension of Privileges, Automatic Suspension of Privileges, and Clinical Practice Review.

3. **RELATED ISSSUE.** VHA Directive 1100 (to be published).

4. **RESPONSIBLE OFFICE.** The Office of Quality Performance (10Q), is responsible for the contents of this VHA Handbook. Questions may be addressed to (919) 993-3035, extension 236.

5. **RESCISSIONS.** VHA Handbook 1100.19, dated October 2, 2007, is rescinded.

6. **RECERTIFICATION.** This VHA Handbook is scheduled for recertification on or before the last working day of November 2013.

Michael J. Kussman, MD, MS, MACP
Under Secretary for Health

DISTRIBUTION:    CO:    E-mailed 11/21/2008
                           FLD:   VISN, MA, DO, OC, OCRO, and 200 – E-mail 11/21/2008

EXHIBIT 2

46-0001

Plaintiff's Trial Exhibit
46
Civil Action No.
12-CV-02259-RPM

T-1