# Transcript of the Testimony of

# Glenn Kindt, M.D.

**Date:** March 4, 2013

**Case:** Lopez v. Kindt

# Premier Reporting & Video Service

(303)756-9964
PremierReporting@att.net



EXHIBIT 3

1     THE DEPONENT: Okay. Well, go ahead.
2 Tell me what I should do.
3     MS. BROWN: That's fine. I'm going to
4 ask the question, probably Mr. Pestal will object
5 because it's just a legal thing, then you can go
6 ahead and answer.
7     Q    (By Ms. Brown) And so my question is:
8 At the V.A., has it been the practice, in your
9 experience, that it's the resident who performs the
10 surgery as opposed to the attending?
11     MR. PESTAL: Form, foundation.
12     A    The resident performs the surgery with
13 the staff person there telling him what to do
14 frequently or at least closely monitoring what's
15 done, and that's how surgeons are taught in
16 general, by doing under supervision rather than
17 doing it without supervision.
18     Q    (By Ms. Brown) My understanding is you
19 don't have an independent recollection of the
20 diskectomy that was performed on Leonard Lopez on
21 March 5 of 2010.
22     A    I do remember a large fragment of disc
23 being removed and being -- feeling satisfactory
24 that we got the disc, we're at the right level and
25 the MRI scan that showed the disc that we're in the