IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02259-RPM

LEONARD E. LOPEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR ADDITIONAL FINDINGS REGARDING HIS NEGLIGENT CREDENTIALNG CLAIM, TO AMEND OR ALTER JUDGMENT ON THAT CLAIM, AND FOR NEW TRIAL [Doc. 84]
_____

Upon consideration of Plaintiff's Motion for Additional Findings Regarding His Negligent Credentialing Claim, to Amend or Alter Judgment on That Claim, and for New Trial [Doc. 84] and the attendant briefing, it is

ORDERED that the motions are denied.

Dated:   May 18th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge